Maria S. Masigla, P.T., as Assignee of Joseph, Josephine, Appellant, 
against
United Services Automobile Association, Respondent.




The Rybak Firm, PLLC (Damin J. Toell, Esq.), for appellant.
Anita Nissan Yehuda, Esq., for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Jodi Orlow, J.), entered December 17, 2014. The order, insofar as appealed from, denied plaintiff's motion for summary judgment and granted defendant's cross motion to dismiss the complaint pursuant to CPLR 3126 or, in the alternative, to compel plaintiff to respond to defendant's discovery demands, to the extent of compelling plaintiff to respond to certain discovery demands.




ORDERED that the order, insofar as appealed from, is modified by providing that the branch of defendant's cross motion seeking to compel plaintiff to provide her federal and state tax returns for 2012 is denied; as so modified, the order, insofar as appealed from, is affirmed, without costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which denied plaintiff's motion for summary judgment, and granted defendant's cross motion to dismiss the complaint pursuant to CPLR 3126 or, in the alternative, to compel plaintiff to respond to defendant's discovery demands to the extent of compelling plaintiff to provide defendant with plaintiff's federal and state tax returns for 2012, payroll tax filings and NYS quarterly withholdings for 2012, and any and all leasing, rental and/or ownership agreements for the facility.
For the reasons stated in Masigla, as Assignee of Bony, Bergomi v United Servs. Auto. Assn. (__ Misc 3d __, 2018 NY Slip Op _____ [appeal No. 2015-192 Q C], decided herewith), [*2]the order, insofar as appealed from, is modified by providing that the branch of defendant's cross motion seeking to compel plaintiff to provide her federal and state tax returns for 2012 is denied. 
ELLIOT, J.P., PESCE and ALIOTTA, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 12, 2018